1  SCOTT+SCOTT LLP
   MARY K. BLASY (SBN 211262)
2  707 Broadway, Suite 1000
   San Diego, CA 92101
3  Telephone:  (619) 233-4565
   Facsimile:  (619) 233-0508
4  mblasy@scott-scott.com
      -and-
5  DAVID R. SCOTT
   P.O. Box 192
6  156 South Main Street
   Colchester, CT 06415
7  Telephone: (860) 537-5537
   drscott@scott-scott.com
8
   *Counsel for Plaintiff Lidia Levy*
9

10
                    UNITED STATES DISTRICT COURT
11                  NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION
12

13  | LIDIA LEVY, Derivatively on Behalf of FACEBOOK, INC., | Case No. 12-cv-03642-MMC |
    |---|---|
    | Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION FOR ORDER ADMITTING DAVID R. SCOTT *PRO HAC VICE* |
    | vs. | |
    | MARK ZUCKERBERG, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, and DOES 1-25 inclusive, | |
    | Defendants, | |
    | FACEBOOK, INC., a Delaware Corporation, | |
    | Nominal Defendant. | |

28  [PROPOSED] ORDER GRANTING APPLICATION FOR
    ADMITTING  DAVID R. SCOTT *PRO HAC VICE*
    Case No. 12-CV-03642-MMC

1  David R. Scott, whose business address and telephone number are Scott+Scott LLP, 156
2  South Main Street, Colchester, CT 06415, (860) 537-5534, and who is an active member in good
3  standing of the Bar of the State of Connecticut and the United States District Court for the District of
4  Connecticut, having applied for admission to practice in the Northern District of California on a *pro*
5  *hac vice* basis representing Plaintiff Lidia Levy;

6  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7  conditions on Civil Local Rule 11-3.  All papers filed by the attorney must indicate appearance *pro*
8  *hac vice*.  Services of papers upon and communication with co-counsel designated in the application
9  will constitute notice to the party.  All future filings in this action are subject to the requirements
10 contained in General Order No. 45, *Electronic Case Filing*.

12 DATED: __July 31____, 2012

    HONORABLE MAXINE M. CHESNEY
13  U.S. SENIOR DISTRICT JUDGE