| | |
|---|---|
| 1 | SCOTT+SCOTT LLP |
|   | MARY K. BLASY (SBN 211262) |
| 2 | 707 Broadway, Suite 1000 |
|   | San Diego, CA 92101 |
| 3 | Telephone: (619) 233-4565 |
|   | Facsimile: (619) 233-0508 |
| 4 | mblasy@scott-scott.com |
|   |    -and- |
| 5 | JOSEPH P. GUGLIELMO |
|   | 500 Fifth Avenue, 40th Floor |
| 6 | New York, NY 10110 |
|   | Telephone: (212) 223-6444 |
| 7 | jgugliemo@scott-scott.com |

*Counsel for Plaintiff Lidia Levy*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LIDIA LEVY, Derivatively on Behalf of FACEBOOK, INC., | Case No. 12-cv-03642-MMC |
| Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION FOR ORDER ADMITTING JOSEPH P. GUGLIELMO *PRO HAC VICE* |
| vs. | |
| MARK ZUCKERBERG, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, and DOES 1-25 inclusive, | |
| Defendants, | |
| FACEBOOK, INC., a Delaware Corporation, | |
| Nominal Defendant. | |

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMITTING JOSEPH P. GUGLIELMO *PRO HAC VICE*
Case No. 12-CV-03642-MMC

1    Joseph P. Guglielmo, whose business address and telephone number are Scott+Scott LLP, 500 Fifth Avenue, 40th Floor, New York, NY 10110, (212) 223-6444, and who is an active member in good standing of the Bar of the State of Connecticut and the United States District Court for the Southern District of New York, having applied for admission to practice in the Northern District of California on a *pro hac vice* basis representing Plaintiff Lidia Levy;

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions on Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Services of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED: __July 31__, 2012

_____
HONORABLE MAXINE M. CHESNEY
U.S. SENIOR DISTRICT JUDGE

[PROPOSED] ORDER GRANTING APPLICATION FOR ADMITTING JOSEPH P. GUGLIELMO *PRO HAC VICE*
Case No. 12-CV-03642-MMC

1