```
 1  SCOTT+SCOTT LLP
    MARY K. BLASY (SBN 211262)
 2  707 Broadway, Suite 1000
    San Diego, CA 92101
 3  Telephone:  (619) 233-4565
    Facsimile:  (619) 233-0508
 4  mblasy@scott-scott.com
       -and-
 5  DEBORAH CLARK-WEINTRAUB
    500 Fifth Avenue, 40th Floor
 6  New York, NY 10110
    Telephone: (212) 223-6444
 7  dweintraub@scott-scott.com

 8  Counsel for Plaintiff Lidia Levy
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| LIDIA LEVY, Derivatively on Behalf of FACEBOOK, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARK ZUCKERBERG, MARC L. ANDREESSEN, ERSKINE B. BOWLES, JAMES W. BREYER, DONALD E. GRAHAM, REED HASTINGS, PETER A. THIEL, and DOES 1-25 inclusive, <br><br> Defendants, <br><br> FACEBOOK, INC., a Delaware Corporation, <br><br> Nominal Defendant. | Case No. 12-cv-03642-MMC <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR ORDER ADMITTING DEBORAH CLARK-WEINTRAUB *PRO HAC VICE* |

[PROPOSED] ORDER GRANTING APPLICATION FOR
ADMITTING  DEBORAH CLARK-WEINTRAUB *PRO HAC VICE*
Case No. 12-CV-03642-MMC

1  Deborah Clark-Weintraub, whose business address and telephone number are Scott+Scott
2  LLP, 500 Fifth Avenue, 40th Floor, New York, NY 10110, (212) 223-6444, and who is an active
3  member in good standing of the Bar of the State of New York and the United States District Court
4  for the Southern District of New York, having applied for admission to practice in the Northern
5  District of California on a *pro hac vice* basis representing Plaintiff Lidia Levy;

6  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
7  conditions on Civil Local Rule 11-3.  All papers filed by the attorney must indicate appearance *pro*
8  *hac vice*.  Services of papers upon and communication with co-counsel designated in the application
9  will constitute notice to the party.  All future filings in this action are subject to the requirements
10 contained in General Order No. 45, *Electronic Case Filing*.

12 DATED: __July 31__, 2012                              _____
                                                         HONORABLE MAXINE M. CHESNEY
13                                                       U.S. SENIOR DISTRICT JUDGE

28 [PROPOSED] ORDER GRANTING APPLICATION FOR                                           1
   ADMITTING  DEBORAH CLARK-WEINTRAUB *PRO HAC VICE*
   Case No. 12-CV-03642-MMC