**HARWOOD FEFFER LLP**
Joel C. Feffer
Samuel K. Rosen
488 Madison Avenue, 8th Floor
New York, New York 10022
Telephone: (212) 935-7400
Facsimile: (212) 753-3630

Attorneys for Plaintiff Lawrence Corneck
 and proposed Plaintiff Stewart D. Pollak

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE FACEBOOK, INC., IPO SECURITIES AND DERIVATIVE LITIGATION | **MDL No. 12-2389 (RWS)**<br><br>**ECF Case**<br><br>This document relates to the Consolidation Securities Action:<br><br>No. 12-cv-4081   No. 12-cv-4763<br>No. 12-cv-4099   No. 12-cv-4777<br>No. 12-cv-4131   No. 12-cv-5511<br>No. 12-cv-4150   No. 12-cv-7542<br>No. 12-cv-4157   No. 12-cv-7543<br>No. 12-cv-4184   No. 12-cv-7544<br>No. 12-cv-4194   No. 12-cv-7545<br>No. 12-cv-4215   No. 12-cv-7546<br>No. 12-cv-4252   No. 12-cv-7547<br>No. 12-cv-4291   No. 12-cv-7548<br>No. 12-cv-4312   No. 12-cv-7550<br>No. 12-cv-4332   No. 12-cv-7551<br>No. 12-cv-4360   No. 12-cv-7552<br>No. 12-cv-4362   No. 12-cv-7586<br>No. 12-cv-4551   No. 12-cv-7587<br>No. 12-cv-4648 |

**DECLARATION OF STEWART D. POLLAK IN SUPPORT OF
MOTION FOR SUBSTITUTION OF ESTATE, AND FOR SUGGESTION
OF DEATH OF PLAINTIFF LAWRENCE CORNECK**

Stewart D. Pollak, pursuant to 28 U.S.C. § 1746(2), declares the following:

1. Lawrence Corneck, a plaintiff in the above-captioned consolidated action, as well as in 12-cv-4215 (RWS), died on November 14, 2014. A copy of his Death Transcript is annexed hereto as Exhibit A.

2. I was appointed his executor by the Surrogate's Court of the State of New York, New York County on December 22, 2014. A copy of the Certificate of Appointment of Executor is annexed hereto as Exhibit B.

3. I was advised by Samuel K. Rosen, Esq., of Harwood Feffer LLP, that he has tried to obtain consent to my substitution in this action, but neither Lead Counsel nor Defendants' Counsel has responded to his requests.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of May 2015, at New York, New York.

Stewart D. Pollak

# Exhibit A

# VITAL RECORDS CERTIFICATE

## DEATH TRANSCRIPT

DATE FILED   THE CITY OF NEW YORK – DEPARTMENT OF HEALTH AND MENTAL HYGIENE

### CERTIFICATE OF DEATH   Certificate No. 156-14-045596

NEW YORK CITY
DEPARTMENT OF HEALTH
AND MENTAL HYGIENE
NOVEMBER 16, 2014 02:21 PM

1. DECEDENT'S LEGAL NAME: LAWRENCE CORNECK (First, Middle, Last)

**Place of Death**
- 2a. New York City
- 2b. Borough: Manhattan
- 2c. Type of Place: 2 ☒ Emergency Dept./Outpatient
- 2d. Any Hospice care in last 30 days: 3 ☒ Unknown
- 2e. Name of hospital or other facility: New York Weill Cornell Medical Center

**Date and Time of Death**
- 3a. November 14 2014
- 3b. Time: 06:56 PM
- 4. Sex: Male
- 5. Date last attended by a Physician: 11/14/2014

6. Certifier: I certify that death occurred at the time, date and place indicated and that to the best of my knowledge traumatic injury or poisoning DID NOT play any part in causing death, and that death did not occur in any unusual manner and was due entirely to NATURAL CAUSES.

Name of Physician: Marilyn Howell MD
Signature: Marilyn Howell
Address: 525 E 68th Street, New York, New York 10065
License No. 251263
Date: NOV-14-2014
Signature Electronically Authenticated

- 7a. Usual Residence State: New York
- 7b. County: New York
- 7c. City or Town: New York
- 7d. Street and Number: 211 W 56th Street, Apt. No. # 27 M
- ZIP Code: 10019
- 7e. Inside City Limits?: Yes

- 8. Date of Birth: February 13 1947
- 9. Age at last birthday: 67
- 10. Social Security No.: 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

- 11a. Usual Occupation: Lawyer
- 11b. Kind of business or industry: Scientific Games Corporation
- 12. Aliases or AKAs: Lawrence J. Corneck

- 13. Birthplace: New York, New York
- 14. Education: 8 ☒ Doctorate (e.g., PhD, EdD) or Professional degree (e.g., MD, DDS, DVM, LLB, JD)

- 15. Ever in U.S. Armed Forces?: 2 ☒ No
- 16. Marital/Partnership Status at time of death: 5 ☒ Never Married
- 17. Surviving Spouse's/Partner's Name: *** ***

- 18. Father's Name: Joseph Corneck
- 19. Mother's Maiden Name: Jane Pokryszko

- 20a. Informant's Name: Norman Field
- 20b. Relationship to Decedent: Executor
- 20c. Address: 89 Cayuga Avenue, Oceanport, New Jersey 07757

- 21a. Method of Disposition: 3 ☒ Entombment
- 21b. Place of Disposition: Woodlawn Cemetery
- 21c. Location of Disposition: Bronx, New York
- 21d. Date of Disposition: 11/18/2014

- 22a. Funeral Establishment: John Krtil Funeral Home, Inc.
- 22b. Address: 1297 1st Avenue, New York, New York 10021

VR 15 (Rev 01/09)



This is to certify that the foregoing is a true copy of a record on file in the Department of Health and Mental Hygiene. The Department of Health and Mental Hygiene does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

Steven P. Schwartz, Ph.D., City Registrar

Do not accept this transcript unless it bears the security features listed on the back. Reproduction or alteration of this transcript is prohibited by §3 19(b) of the New York City Health Code or the purpose the evasion or violation of any provision of the Health Code or any other law.

November 16, 2014   Order No. 20141112391



X 0 0 7 8 5 2 2 7



# Exhibit B

FACE OF DOCUMENT CONTAINS A MULTICOLORED VOID PANTOGRAPH AND MICROPRINT BORDER. THIS DOCUMENT ALSO HAS INVISIBLE FLUORESCENT FIBERS, ARTIFICIAL WATERMARK ON BACK, AND A CHEMICAL REACTIVE VOID FEATURE.

Certificate# 141226

# Surrogate's Court of the State of New York
# New York County

File#: 2014-4693

## Certificate of Appointment of Executor

To all to whom these presents shall come or may concern,

That we, having inspected the records of our Surrogate's Court in and for the County of New York, do find that on December 22, 2014 by said court, PRELIMINARY LETTERS TESTAMENTARY on the goods, chattels and credits of Lawrence J Corneck, deceased, late of the County of New York, were granted unto the fiduciaries listed below.

**Name of Decedent:** Lawrence J Corneck
aka  Lawrence Corneck

**Date of Death:** November 14, 2014

**Domicile:** County Of New York

**Fiduciary Appointed:** Stewart D Pollak

**Letters Issued:** PRELIMINARY LETTERS TESTAMENTARY

**Letters Issued On:** December 22, 2014

and such Letters are unrevoked and in full force as of this date.

Dated: December 24, 2014
New York, New York

IN TESTIMONY WHEREOF, the seal of the New York County Surrogate's Court has been affixed.

WITNESS, Honorable Rita Mella, Judge of the New York County Surrogate's Court.

Diana Sanabria, Chief Clerk
New York County Surrogate's Court

*This Certificate is Not Valid Without the Raised Seal of the New York County Surrogate's Court and expires six months from the issue date of this certificate.*